| PROB 22 (Rev. 2/88) | ORDER GRANTING AMENDED TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 3:04-cr-0135-HDM-(VPC) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Luis Armando Morales - Castro | DISTRICT NEVADA | DIVISION U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Howard D. McKibben | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/23/08 — TO 9/22/11 |

**OFFENSE**

Unlawful Reentry by a Deported, Removed, and / or Excluded Alien

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 21, 2010
_____
Date

_/s/ Howard D. McKibben_
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge

| PROB 22<br>(Rev. 2/88) | ORDER GRANTING<br>AMENDED<br>TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>3:04-cr-0135-HDM-(VPC) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Luis Armando Morales - Castro | DISTRICT<br><br>NEVADA | DIVISION<br><br>U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Howard D. McKibben | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>9/23/08 | TO<br>9/22/11 |

OFFENSE

Unlawful Reentry by a Deported, Removed, and / or Excluded Alien

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 21, 2010
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge